**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:15mc4**

| | | |
|---|---|---|
| **JOHN SAM RICKS, JR. and BRENDA RICKS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ARMSTRONG INTERNATIONAL, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Withdraw [# 8]. Non-party Frit Car, Inc. moves to withdraw its Motion to Quash [#1]. Upon a review of the record the Court **GRANTS** the motion [# 8]. The Court **DIRECTS** the Clerk to **TERMINATE** the submission of the Motion to Quash [# 1] and to **CLOSE** this case.

Signed: March 4, 2015

Dennis L. Howell
United States Magistrate Judge